```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-00471-RNO
Robert Leroy Webster, III                                           Chapter 13
Marvina Nita Webster
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 2          Date Rcvd: Jul 26, 2017
                              Form ID: pdf010              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db          #+Robert Leroy Webster, III,    325 Debbie Lane,    Manchester, PA 17345-9566
jdb         #+Marvina Nita Webster,    325 Debbie Lane,    Manchester, PA 17345-9566
4602770      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
4602771      +Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
               Columbus, OH 43218-2686
4602773      +Credit Bureau Of York,    33 S Duke St,    York, PA 17401-1485
4602776     #+Equidata,    724 Thimble Shoals Blvd,    Newport News, VA 23606-2574
4619872      +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
4602777      +Frdm/cbsd,    Po Box 2017,    Eltin, IL 60121-2017
4602778      +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4602779      +IC System,    Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
4662628      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
4602781      +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
4619873      +Mercy Health Services,    PO Box 3475,    Toledo, OH 43607-0475
4619874       Mercy Medical Center,    PO Box 64733,    Baltimore, MD 21264-4733
4619875       NEYCSA,    PO Box 516,    Mount Wolf, PA 17347-0516
4628767      +Northeastern York County Sewer Authority,    345 East Market Street,    York, PA 17403-5614
4602782      +Phoenix Financial Serv,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
4602785     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
4708101       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4602766      +York Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4602769      +E-mail/Text: bankruptcy@acacceptance.com Jul 26 2017 18:56:58      American Credit Accept,
               961 E Main St,    Spartanburg, SC 29302-2185
4602774      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2017 18:57:16
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
4602775      +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2017 18:57:01      Dept Of Education/neln,
               121 S 13th St,    Lincoln, NE 68508-1904
4602780       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 26 2017 18:57:07      Jefferson Capital Systems,
               16 Mcleland Rd,    Saint Cloud, MN 56303
4602768      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2017 18:56:54      PA Department of Revenue,
               Department 280946,    Attention: Bankruptcy Division,    Harrisburg, PA 17128-0001
4630132       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2017 18:56:53
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
4602783      +E-mail/Text: colleen.atkinson@rmscollect.com Jul 26 2017 18:57:18      Receivable Management,
               7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
4602784      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 26 2017 18:57:31      Regional Acceptance Co,
               1514 Woodlawn Dr,    Baltimore, MD 21207-4009
4608069       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 26 2017 18:57:31      Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
4602786      +E-mail/Text: bankruptcydepartment@tsico.com Jul 26 2017 18:57:15      Transworld Sys Inc/09,
               507 Prudential Rd,    Horsham, PA 19044-2308
4605582      +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2017 18:57:01      U.S. Department of Education,
               C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
4602767      +E-mail/Text: kcm@yatb.com Jul 26 2017 18:56:46      York Adams Tax Bureau,    1405 N. Duke Street,
               PO Box 15627,    York, PA 17405-0156
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4604398*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,    PO BOX 8026,
               Cedar Rapids, Iowa 52408-8026)
4602772     ##+Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Robert Leroy Webster, III dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Marvina Nita Webster dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com,   ahight@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ROBERT LEROY WEBSTER, III**
**MARVINA NITA WEBSTER**

    Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

    Movant(s)

vs.

**ROBERT LEROY WEBSTER, III**
**MARVINA NITA WEBSTER**

    Respondent(s)

Chapter: 13

Case Number: 1-15-bk-00471-RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: July 26, 2017

MDPA-Dismiss Case.WPT - REV 01/15